IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

|  |  |
|---|---|
| **VONETTA SPRAGGINS,**      )<br>                                                    )<br>        Plaintiff,                             )<br>                                                    )<br> v.                                                )<br>                                                    )<br> **VERIZON CORPORATE RESOURCES** )<br> **Group LLC,**                             )<br>                                                    )<br>         Defendant.                        )<br>                                                    ) | Case No.: 8:22-cv-01546-PX |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 103 of the Local Rules of the United States District Court for the District Maryland, the undersigned counsel for Defendant certifies that, to the best of counsel's knowledge and belief, Verizon Services Corp.[1] is a wholly owned subsidiary of Verizon Communications Inc., which is a publicly held corporation. Verizon Communications Inc. owns a number of other subsidiary entities that are affiliates of Verizon Services Corp. that are unrelated to this matter. Defendant states that no other corporation, unincorporated association, partnership or other business not a party to the case has a financial interest in the outcome of this litigation. These representations are made in order that judges of this Court may determine the need for recusal.

---

[1] "Verizon Corporate Resources Group LLC," as identified in Plaintiff's Complaint, was not Plaintiff's employer and therefore is not the proper party in interest in this case. The proper party in interest is Verizon Services Corp., which was Plaintiff's employer. The parties have filed a Joint Motion to Substitute Proper Party Defendant this same day in order to substitute the proper party Defendant.

- 2 -

Dated:  July 27, 2022                                              Respectfully submitted,

*/s/ Daniel Z. Herbst*
Daniel Z. Herbst (Bar No. 17510)
REED SMITH LLP
1301 K Street, NW
Suite 1100, East Tower
Washington, DC 20005-3317
Telephone:  (202) 414-9200
Facsimile: (202) 414-9299
dherbst@reedsmith.com

Of Counsel:

Betty S.W. Graumlich (*D. Md. admission to be filed*)
Noah S. Oberlander (*D. Md. admission pending*)
REED SMITH LLP
Riverfront Plaza-West Tower
901 East Byrd Street
Suite 1900
Richmond, VA 23219-4068
Phone: (804) 344-3400
Fax: (804) 344-3410
bgraumlich@reedsmith.com
noberlander@reedsmith.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2022, a true and correct copy of the foregoing will be filed with the Court's CM/ECF Filing System upon the following counsel of record:

Denise M. Clark, Esq.
CLARK LAW GROUP, PLLC
1100 Connecticut Ave NW Ste 920
Washington, DC 20036
Phone: (202) 293-0015
Fax: (202) 293-0115
dmclark@benefitcounsel.com

*Counsel for Plaintiff*

/s/ Daniel Z. Herbst, Esq.
Daniel Z. Herbst (Bar No. 17510)
REED SMITH LLP
1301 K Street, NW
Suite 1100, East Tower
Washington, DC 20005-3317
Telephone:  (202) 414-9200
Facsimile: (202) 414-9299
dherbst@reedsmith.com

*Counsel for Defendants*